FILED

17 OCT 11 PM 3:39

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: AG       DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELPIDIO ENRIQUEZ (1),<br>LAUREANO BENITEZ-MONTANO (2),<br><br>    Defendants. | Case No. 17CR3293BEN<br><br>I N D I C T M E N T<br><br>Title 46, U.S.C., Secs. 70503 and 70506(b) – Conspiracy to Distribute Cocaine on Board a Vessel; Title 46, U.S.C., Sec. 70503 – Possession of Cocaine with Intent to Distribute on Board a Vessel; Title 18, U.S.C., Sec. 2 – Aiding and Abetting |

    The grand jury charges:

Count 1

    Beginning at a date unknown to the grand jury and continuing to on or about September 17, 2017, on board a vessel subject to the jurisdiction of the United States, defendants ELPIDIO ENRIQUEZ, and LAUREANO BENITEZ-MONTANO, who will first enter the United States in the Southern District of California, did knowingly and intentionally conspire together and with each other and with other persons unknown to the grand jury to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, to wit: approximately 600 kilograms of cocaine, a Schedule II Controlled Substance; in violation of Title 46, United States Code, Sections 70503 and 70506(b).

ADF:lml:San Diego:10/11/17

Count 2

On or about September 16, 2017 and September 17, 2017, on board a vessel subject to the jurisdiction of the United States, defendants ELPIDIO ENRIQUEZ and LAUREANO BENITEZ-MONTANO, who will first enter the United States in the Southern District of California, did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, to wit: approximately 600 kilograms of cocaine, a Schedule II Controlled Substance; in violation of Title 46, United States Code, Section 70503, and Title 18, United States Code, Section 2.

DATED: October 11, 2017.

A TRUE BILL:

_____
Foreperson

ALANA W. ROBINSON
Acting United States Attorney

By: _____
ARI D. FITZWATER
Special Assistant U.S. Attorney

2