FILED

JAN 2 3 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAUREANO BENITEZ-MONTANO (2),<br><br>Defendant. | Case No. 17-cr-3293-BEN<br><br>**SUPERSEDING**<br>I N F O R M A T I O N<br><br>Title 21 U.S.C., Secs. 959, 960, and 963 - Conspiracy to Distribute Cocaine Intended for Unlawful Importation |

Count 1

Beginning at a date unknown and continuing up to and including on or about September 17, 2017, in the countries of Colombia, and elsewhere, defendant LAUREANO BENITEZ-MONTANO, did knowingly and intentionally conspire with others known and unknown to distribute and cause the distribution of more than 5 kilograms of a mixture and substance containing a detectable amount of cocaine, to wit: approximately 600 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; intending, knowing or having reasonable cause to believe that the mixture and substance containing a detectable amount of cocaine would be unlawfully imported into the United States, all in violation of Title 21, United States Code, Section 959, 960 and 963.

DATED: ~~November 21, 2017~~ January 22, 2018.

ADAM BRAVERMAN
United States Attorney

ARI D. FITZWATER
Special Assistant U.S. Attorney