```
1  DOUGLAS C. BROWN, CSB # 85995
   NBC BUILDING
2  225 BROADWAY, SUITE 2100
   SAN DIEGO, CA. 92101
3  (619) 231-6158
   Attorney for Defendant
4
   dcbrow@pacbell.net
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim. No. 17CR3293-2-BEN |
| ) | |
| PLAINTIFF, ) | PROOF OF SERVICE |
| ) | |
| v. ) | |
| ) | |
| LAUREANO BENITEZ ) | |
| -MONTANO ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |
| _____ ) | |

TO THE U.S. DISTRICT COURT:

IT IS HEREBY CERTIFIED THAT:

I, Douglas C. Brown, am a citizen of the United States and am at least eighteen years of age. My business address is 225 Broadway, Ste 2100, San Diego, California 92101. I am not a party to the above-entitled action. I have caused service of the Defendant's Continuance on the U.S. Attorney's office by electronically using the ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

March 21, 2018

"s"/ Douglas C. Brown
DOUGLAS C. BROWN, ATTORNEY